# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVSION

| | |
|---|---|
| Leahnna Valencia,<br><br>        Plaintiff,<br><br> vs.<br><br>USCB, Inc.,<br><br>        Defendant. | Case No.: 2:17-cv-08585-PA-SK<br><br>**ORDER** |

    Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: March 15, 2018

                                                Percy Anderson
                                  UNITED STATES DISTRICT JUDGE